**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION-COLUMBUS**

| | | |
|---|---|---|
| EFSTRATIOS HADJIKONSTANTINOU | ) | |
| 52 Broughton Ave | ) | |
| Bloomfield, New Jersey 07003 | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 2:10-cv-00002-GLF-MRA |
| v. | ) | |
| | ) | NOTICE OF SETTLEMENT |
| CREDIT BUREAU COLLECTION | ) | |
| SERVICES, INC. | ) | |
| 236 E. Town Street | ) | |
| Columbus, Ohio 43215 | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF SETTLEMENT**

NOW COMES the Plaintiff, EFSTRATIOS HADJIKONSTANTINOU, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

                                                        RESPECTFULLY SUBMITTED,

                                                        By:__/s/ Peter Cozmyk_____
                                                             Peter Cozmyk,
                                                             Attorney for Plaintiff

Ohio Registration No. 0078862
Krohn & Moss, Ltd.
3 Summit Park Drive
Suite 140
Independence, Ohio 44131
phone: (323) 988-2400 x. 213
fax: (866) 425-3459
e-mail: pcozmyk@consumerlawcenter.com