**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION-COLUMBUS**

| | |
|---|---|
| EFSTRATIOS HADJIKONSTANTINOU ) | |
| 52 Broughton Ave. ) | |
| Bloomfield, New Jersey 07003 ) | |
| ) | |
| Plaintiff, ) | No. 2:10-CV-00002 |
| ) | |
| vs. ) | |
| ) | NOTICE OF VOLUNTARY |
| ) | DISMISSAL |
| CREDIT BUREAU COLLECTION ) | |
| SERVICES, INC. ) | |
| 236 E. Town Street ) | |
| Columbus, Ohio 43215 ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF VOLUNTARY DISMISSAL**

EFSTRATIOS HADJIKONSTANTINOU (Plaintiff), by his attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, CREDIT BUREAU COLLECTION SERVICES, INC. (Defendant), in this case.


DATED:  April 30, 2010                                RESPECTFULLY SUBMITTED,

                                                By:____/s/Peter Cozmyk_
                                                    Peter Cozmyk,
                                                    Attorney for Plaintiff

Ohio Registration No. 0078862
Krohn & Moss, Ltd.
3 Summit Park Drive
Suite 140
Independence, Ohio 44131
phone: (323) 988-2400 x.213
fax: (866) 799-3206
e-mail: pcozmyk@consumerlawcenter.com